BEFORE THE SECOND DIVISION, FEBRUARY 6, 1959

No. 62731.—Dr. S. Jackson et al. v. United States, protests 58/13788, etc. (Baltimore).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of sutures, composed of synthetic materials not made by an artificial process from cellulose, a cellulose hydrate, a compound of cellulose, or a mixture containing any of the foregoing; that it is not a textile material; and that it is similar in use to sutures, composed of catgut or manufactures of catgut, the claim of the plaintiffs was sustained, by virtue of the similitude provision of paragraph 1559.

BEFORE THE THIRD DIVISION, FEBRUARY 6, 1959

No. 62732.—Moscahlades Bros., Inc. v. United States, protest 163405–K (San Francisco).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of olives in brine similar in all material respects to those the subject of *Moscahlades Bros., Inc.* v. *United States* (39 Cust. Ct. 127, C.D. 1917), the claim of the plaintiff was sustained.

No. 62733.—F. B. Vandegrift & Co., Inc. v. United States, protest 58/7799 (Philadelphia).

Opinion by DONLON, J. When this case was called for trial, there was no appearance on behalf of the plaintiff, and the court ordered the case submitted. There being no evidence to overcome the presumption of correctness attaching to the collector's action, the protest was overruled.

FEBRUARY 5, 1959

No. 62734.—Pacific Smelting Company and W. J. Byrnes & Co., Inc. v. United States, protest 321599–K and 321600–K. —C.D. 2057. Plaintiffs' application for rehearing denied.